IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADRIAN LACEY**                                                                                   **PETITIONER**

VS.                          CASE NO. 4:21-CV-00914-LPR

**JOHN P. YATES, Warden,**
**FCI Forrest City Medium**                                                         **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed and the time to do so has expired. After a careful and *de novo* review of the Findings and Recommendations, as well as the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 6th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE