IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ADRIAN LACEY**                                                                                    **PETITIONER**

VS.                           CASE NO. 4:21-CV-00914-LPR

**JOHN P. YATES, Warden,**
**FCI Forrest City Medium**                                                               **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 6th day of September 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE